**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Gregory Heiman<br>1701 Iron Wood Dr., Apt. 22<br>Fairborn, OH 45324<br><br>  Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc.<br>c/o CSC Lawyers Incorporating Service<br>50 W. Broad St., Suite 1800<br>Columbus, OH 43215<br><br>  Defendant. | Case No.<br><br>Judge:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

**JURISDICTION AND VENUE**

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

**FACTS COMMON TO ALL COUNTS**

2. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

4. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

7. On or around March 5, 2010, Plaintiff retained an attorney to file bankruptcy.

8. On or around April 2, 2010, Plaintiff telephoned Defendant.

9. During this communication, Plaintiff notified Defendant that Plaintiff was represented by a bankruptcy attorney and provided Plaintiff's attorney's contact information.

10. Despite this notice, Defendant sent Plaintiff a letter on June 11, 2010.

11. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

12. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

13. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

14. Defendant violated 15 U.S.C. §1692c in that it communicated with Plaintiff notwithstanding Plaintiff's notice that Plaintiff was represented by an attorney.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

15. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

16. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## JURY DEMAND

17. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

18. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

  b. For such other legal and/or equitable relief as the Court deems appropriate.

         RESPECTFULLY SUBMITTED,

         Macey & Aleman, P.C.

         By:*/s/ Richard J. Meier*
         Richard J. Meier, Esq.
         Jeffrey S. Hyslip, Esq.
         233 S. Wacker Drive, Suite 5150
         Chicago, IL 60606
         Tel: 866.339.1156
         Fax: 312.822.1064
         rjm@legalhelpers.com
         jsh@legalhelpers.com
         *Attorneys for Plaintiff*